Mary Rubinsky, appellee, v. Gust Zettas et al. Madison & Kedzie State Bank and Chicago Title and Trust Company, first successor in trust, appellants. Gen. No. 36,031.

Opinion filed June 9, 1932.

Winston, Strawn & Shaw and Walter V. Fackler, for appellants; Harold Beacom, Richard H. Hollen, Arthur D. Welton, Jr., and Anthony L. Michel, of counsel. Aaron Soble and William Feldman, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois ex rel. George H. Worth, appellant, v. City of Waukegan, appellee. Gen. No. 8,379.

Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

George W. Field, for appellant. Arthur Bulkley, Corporation Counsel, for appellee; Okel S. Fuqua, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Marie A. Baker, defendant in error, v. Edward Baker, plaintiff in error. Gen. No. 8,390.

Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

William Zwanzig, for plaintiff in error. Boys, Osborn & Hayes, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

J. D. Frye and Ella Frye, appellants, v. C. C. Bargreen, appellee. Gen. No. 8,415.

Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Robert E. Larkin, for appellants. Arthur H. Shay, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.